Name: Paul M. Wach #27714
Address: U.S.C.F. BY F2 214b
P.O. Box 165300 S.L.C., UT. 84116

Telephone:

RECEIVED US Dist Court-UT
MAY 11 '23 PM 04:53

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

Paul Michael Wach

Plaintiff,

vs.

The Utah State Bd of Pardons & Parole, et al.,
Warden Robert Powell

Defendant(s).

MOTION to/for: EVIDENTIARY HEARING / SPEEDY TRIAL

Case No: 2:22-CV-00048

Judge: DALE A. KIMBALL

I, Paul Wach, representing myself without a lawyer, move to/for AN EVIDENTIARY HEARING / SPEEDY TRIAL under the following statute(s)/rule(s) (if known) _____ for the following reason(s): (1) This case presents issues that affect public interest, (2) These issues are likely to re-cur, (3) And may not otherwise be reviewed except Fed. court intervention, (4) Justice delayed is justice denied (5) Equal protection under the U.S. Supreme Court Malan v. Lewis 693 P.2d 661, 669 (Utah 1984) Persons similarly situated be treated similarly, and the nature and duration of commitment bear some reasonable relation for which individual is committed Jackson v. Indiana 406 U.S. 715, 92 S.Ct. 1845, 32 L.Ed 2d 435 (1972)

Petitioner respectfully requests trial (speedy) to allow Petitioner to present sworn witness's testimony's and further documentation for a favorable ruling or evidentiary hearing.

Respectfully Submitted

DATED: 8-May-2023

_____
Signature

## CERTIFICATE OF SERVICE

I certify that on 8-May-2023 a copy of the above motion was served, by first class U.S. mail, ~~fax, email, or hand delivery~~, to the Clerk of the Court at U.S. District Court United States Courthouse

(Opposing party or counsel)

_____(Address)_____
351 South West Temple
Salt Lake City
Utah 84101

Dated: 8-May-2023

_____
Signature

Paul Wood #275741
U.S.C.F, BY F2 2146
P.O. Box 165300
S.L.C., UT. 84116



U.S. District Court OF UTAH
UNITED STATES COURTHOUSE
ATTN. OFFICE OF THE CLERK
351 SOUTH WEST TEMPLE
SALT LAKE CITY, UTAH 84101

