AMANDA N. MONTAGUE (9941)
Assistant Utah Attorney General
SEAN D. REYES (7969)
Utah Attorney General
160 East 300 South
P.O. Box 140856
Salt Lake City, Utah 84114-0856
Telephone: (801) 440-0545
E-mail: amontague@agutah.gov

*Attorneys for the Utah Board of Pardons and Parole*

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| **PAUL MICHAEL WACH**, <br><br> Petitioner, <br><br> v. <br><br> **THE UTAH BOARD OF PARDONS AND PAROLE, et al,** <br><br> Respondents. | **OPPOSITION TO MOTION FOR EVIDENTIARY HEARING/SPEEDY TRIAL** <br><br> Case No. 2:22-CV-00048 <br><br> Judge DALE KIMBALL |

Petitioner filed a Motion for Evidentiary Hearing/Speedy Trial on May 15, 2023. Doc. 18.  Petitioner's request for a speedy trial lacks merit and his request for an evidentiary hearing is premature.

The right to a speedy trial is contained in the U.S. Const. amend. VI.  It provides that an accused shall be entitled to a speedy and public trial in all criminal prosecutions. This matter is not a criminal prosecution and Petitioner has no right to a speedy trial.

Petitioner also asserts that he is entitled to an evidentiary hearing and provides a short list of reasons in the body of the motion.  This request is not ripe.  In November 2022, Respondents filed for dismissal.  Doc. 13.  The matter was fully briefed but has not been decided.  Doc. 14 and Doc. 15.  All of Petitioner's assertions in the present motion were also made in response to the Motion to Dismiss.  Respondents are entitled to a ruling on their motion before further proceedings are scheduled in this matter.  Indeed, a ruling on Respondents' motion may dispose of the case and then no further proceedings would be necessary.

Respectfully submitted:  May 19, 2023.

                OFFICE OF THE
                UTAH ATTORNEY GENERAL


                /s/ Amanda N. Montague
                AMANDA N. MONTAGUE
                Assistant Utah Attorney General
                Attorney the Utah Board of Pardons and Parole

## CERTIFICATE OF SERVICE

I certify that on May 22, 2023, I electronically filed the foregoing, **RESPONDENTS' OPPOSITION TO MOTION FOR EVIDENTIARY HEARING/SPEEDY TRIAL**, using the Court's CM/ECF System. Additionally, I certify that I mailed a true and correct copy of the same, postage prepaid:

Paul Wach
Inmate #27714
Utah State Correctional Facility
P.O. Box 165300
Salt Lake City, Utah 84116

        /s/ Cecilia Rojas
        Paralegal